Wayne T. Evans
3262 N. Garey Ave. # 193
Pomona, Ca 91767
Phone: 949-291-2461
Fax  : 909-671-4095
wevans61@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE T. EVANS<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY<br><br>ET…AL, DOES 1-200, inclusive<br><br>Defendants. | Case No.: ED CV17-00300 (DTBx)<br><br>**CLASS ACTION COMPLAINT FOR DAMAGES, RESTITUTION AND /OR INJUNCTIVE RELIEF [F.R.C.P. 15(a)**<br><br>COMPLAINT:<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Wayne T. Evans, on behalf himself and all others similarly situated, complains and alleges as follows:

The Parties

1. At all times hereinafter mentioned, plaintiff is and was a resident of Pomona, California.

2. Defendant, Southern California Edison Company a corporation incorporated under the laws of California and having a main office at 2244 Walnut Grove Avenue Rosemead CA 91770

3. Defendant, Southern California Edison Company, is registered with the California Secretary of State as a California Corporation and has designated a registered agent: Cristina E. Limon Registered Agent, 2244 Walnut Grove Avenue Rosemead ,CA 91770

Jurisdiction

4. The Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. §§ 1692-1692p, the "Fair Debt Collection Practices Act."

Defendant's Statutory Violations

5. The Defendant is reporting derogatory information about Plaintiff to one or more consumer reporting agencies (credit bureaus) as defined by 15 U.S.C. § 1681a.

6. Plaintiff has disputed the accuracy of the derogatory information reported by the Defendant to the Consumer Reporting Agency Experian on four separate occasions via certified mail. See attachments.

7. Defendant has not responded to Plaintiff's Two letters of dispute by providing evidence of the alleged debt to Plaintiff nor to the Consumer Reporting Agency Experian.

8. Defendant has not provided notice of this disputed matter to the credit bureaus and is therefore in violation of 15 U.S.C. § 1681s-2 which requires this notice.

9. Defendant has failed to comply with 15 U.S.C. § 1692g in that it has not within 5 days of Plaintiff's initial communication (nor at any other time) sent Plaintiff written documentation of the amount of the debt, the name of the original creditor nor other information required by the Fair Credit Reporting Act.

10. Defendant has failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff within the 30-day period as required by 15 U.S.C. § 1681s-2.

11. Defendant has not notified Plaintiff of any determination that Plaintiff's dispute is frivolous within the 5 days required by 15 U.S.C. § 1681s-2, nor at any other time.

Prayer for Relief

12. WHERFORE, Plaintiff seeks a reasonable and fair judgment against defendant for willful noncompliance of the Fair Credit Reporting Act and seeks his statutory remedies as defined by 15 U.S.C. § 1681n and demands:

$100,000 for actual damages

$550,000 in punitive damages

Permanent injunction against the Defendant from reporting derogatory information about Plaintiff to Consumer Reporting Agencies (credit bureaus)

Permanent injunction against Defendant for selling this alleged debt to any other party

Any further relief which the court may deem appropriate.

Respectfully Submitted,

Wayne T. Evans

Plaintiff, Pro Se

3262 N. Garey Ave. # 193

Pomona, California 91767

(949) 291-2461

(909) 344-6546

email address
wtevans61@gmail.com

Dated: February 17, 2017

Wayne T. Evans
Pro Se

# PROOF OF SERVICE BY MAIL

I, Jeffrey Antes, declare as follows:

I am over eighteen (18) years of age and not a party to the within action. My business address is 1520 S. Highland Ave Apt B Fullerton, CA 92832. I served a copy of the attached Respondent

**Complaint** to each of the following, by placing a true copy thereof in a sealed envelope with postage fully prepaid, in the United States mail at Fullerton, California, addressed as follows:

Cristina E. Limon
2244 Walnut Grove Avenue
Rosemead CA 91770
Tel:
Fax:

Each said envelope was then, on February 17, 2017, sealed and deposited in the United States mail at Fullerton, California, in the County of Orange in which I am employed. I declare, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed this 17th day of February 17, 2016 at Fullerton, California.

Jeffrey Antes

CLASS ACTION COMPLAINT                4