JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE T. EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHERN CALIFORNIA<br>EDISON COMPANY,<br><br>    Defendant. | Case No. EDCV 17-00300 SVW-KK<br><br>JUDGMENT |

    Having read and considered the papers presented by the parties, the Court finds this matter suitable for determination without oral argument. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing scheduled for May 1, 2017 at 1:30 p.m. is VACATED and OFF CALENDAR.

    The Court, having fully considered the papers filed by the parties, hereby orders the complaint to be dismissed in its entirety as to all claims on the grounds that 15 U.S.C. 1681s-2a affords no private right of action; the sections of 15 U.S.C. 1681s-2b invoked by the Complaint apply only to debt collectors and plaintiff has not plead sufficient facts which, if taken as true, would show on their face a violation of 15 U.S.C. 1681s-2b.

    The Court further notes that pro-se plaintiffs are generally afforded greater leeway in pleading their claims. Here, Plaintiff had previously filed the exact same complaint which this Court dismissed for failure to prosecute and for failing to follow this Court's orders. *See* Case No.: 5:16-cv-02227-SVW-KK. Plaintiff also failed to oppose Defendant's motion to dismiss. Since Plaintiff's causes of action cannot be legally pursued against this Defendant, further amendment would be futile.

IT IS SO ORDERED

DATE: April 25, 2017

_____
STEPHEN V. WILSON
United States District Judge